IN THE INTEREST OF ASHLEY BROOK WATTS

NO. 07-02-0002-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 20, 2002

______________________________

IN THE INTEREST OF ASHLEY BROOK WATTS, A CHILD

_________________________________

FROM THE 46
TH
 DISTRICT COURT OF WILBARGER COUNTY;

NO. 20,907; HONORABLE TOM A. NEELY, JUDGE

_______________________________

Before BOYD, C.J., and QUINN and JOHNSON, JJ.

On January 28, 2002, the appellant filed a Motion to Dismiss Appeal moving this court to withdraw appellant’s Notice of Appeal and dismiss the appeal.

Without passing on the merits of the case, the appellant’s Motion to Dismiss Appeal is granted and the appeal is hereby dismissed.  Tex. R. App. P. 42.1(a)(1).  All costs are assessed against the party incurring the same.

Phil Johnson

    Justice

Do not publish.